IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ROY SMITH,<br><br>            Plaintiff,<br><br>     v.<br><br>OSMON, et al.,<br><br>            Defendants. | No.  2:22-CV-1637-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to proceed in forma pauperis. See ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Plaintiff's request to proceed in forma pauperis is, therefore, granted.  Plaintiff's motion for an extension of time, ECF No. 7, to pay the filing fees is denied as unnecessary

The sufficiency of Plaintiff's complaint and service thereof will be addressed separately.

IT IS SO ORDERED.

Dated:  December 7, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1