1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DANIEL ROY SMITH,                          No.  2:22-CV-1637-WBS-DMC-P

12                    Plaintiff,

13         v.                                    ORDER

14   OSMON, et al.,

15                    Defendants.

16

17         Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for a 45-day extension of time

19   to file a third amended complaint.  See ECF No. 20.  Good cause appearing therefor based on

20   Plaintiff's declaration indicating the need for additional time due to various program interruptions

21   at his institution which impede Plaintiff's law library access, Plaintiff's motion will be granted.

22         Accordingly, IT IS HEREBY ORDERED as follows:

23         1.    Plaintiff's motion for an extension of time, ECF No. 20, is GRANTED.

24         2.    Plaintiff may file a third amended complaint within 45 days of the date of

25   this order.

26   Dated:  June 25, 2024

27                                             _____
                                              DENNIS M. COTA
28                                            UNITED STATES MAGISTRATE JUDGE

1