IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ROY SMITH,<br><br>   Plaintiff,<br><br> v.<br><br>OSMON, et al.,<br><br>   Defendants. | No. 2:22-CV-1637-WBS-DMC-P<br><br><br><br>ORDER |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for a 60-day extension of time to file a third amended complaint. See ECF No. 22. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to his blindness and need to rely on other inmates for assistance, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 22, is GRANTED.

2. Plaintiff may file a third amended complaint within 60 days of the date of this order.

Dated: August 12, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE