IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ROY SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OSMON, et al.,<br><br>　　　　Defendants. | No. 2:22-CV-1637-WBS-DMC-P<br><br><br>ORDER |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for a stay of proceedings. See ECF No. 24.

   In his motion, Plaintiff seeks an order staying proceedings in this case until sixty days after his expected release from prison in May 2028. See id. Plaintiff states that a stay is necessary because he is blind and cannot represent himself while incarcerated. See id. Plaintiff previously requested appointment of counsel based on his blindness, which request the Court denied. See ECF Nos. 12 and 13. As with Plaintiff's motion for appointment of counsel, the Court does not find that Plaintiff's vision impairment warrants a stay of proceedings. The docket in this case reflects that, notwithstanding Plaintiff's visions issues, he has been able to prosecute

///

///

1

this action, most recently by filing a third amended complaint as directed by the Court.[1] To the extent Plaintiff requires additional time to comply with any deadlines in the case, the Court will entertain requests for extensions of time upon a showing of good cause.

        Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a stay, ECF No. 24, is denied.

Dated: June 12, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court will address the sufficiency of Plaintiff's third amended complaint separately.