IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL ROY SMITH,

       Plaintiff,

       v.

ANGIE HOOD-MEDLAND, et al.,

       Defendants.

No.  2:22-CV-1637-WBS-DMC-P

FINDINGS AND RECOMMENDATIONS

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for default judgments.  See ECF No. 42.

On July 18, 2025, the Court directed the United States Marshal to effect service of process on Defendants Benson Chen and Arian Nikpour.  See ECF No. 33.  To date, the United States Marshal has not submitted returns of service as to these defendants and service has yet to be accomplished.  On December 11, 2025, Plaintiff sought entry of defaults by the Clerk of the Court.  See ECF Nos. 40 and 41.  Plaintiff filed the pending motion for default judgments the same day.  See ECF No. 42.  The Clerk of the Court declined to enter defaults on December 15, 2025, because the docket does not reflect that Defendants Chen or Nikpour had been served.  See ECF No. 43.  Because Defendants Chen and Nikpour have still not yet been served, the Clerk of the Court properly declined to enter their defaults and, for this same reason, Plaintiff's motion for

1

default judgment is premature and should be denied.

Based on the foregoing, the undersigned recommends that Plaintiff's motion for default judgments, ECF No. 42, be DENIED.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court.  Responses to objections shall be filed within 14 days after service of objections.  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 16, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2