**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DANIEL ROY SMITH,

          Plaintiff,

   v.

ANGIE HOOD-MEDLAND, et al.,

          Defendants.

No.  2:22-CV-1637-WBS-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On April 17, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed April 17, 2026, ECF No. 46, are adopted in full.

2. Plaintiff's motion for default judgment, ECF No. 42, is denied.

3. This matter is referred back to the assigned Magistrate Judge for further proceedings.

Dated: June 3, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2